## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CRIMINAL DIVISION
### FORM FOR U.S. DISTRICT COURT CASES

UNITED STATES                                           TOT
No._____

                    **FILED**                    P.D.I.D. No. _256-923_
Vs.
                    OCT 2 1 2005

_Michael Donahoe_ (Defendant)  NANCY MAYER WHITTINGTON, CLERK
                                U.S. DISTRICT COURT

☐ This is a Federal case which is pending in the U.S. District Court for the District of Columbia and is, therefore, transferred over to the United States District Court for the District of Columbia for the next court date of: _Oct 17, 05_.

### COMMITMENT/RELEASE

☑ NO BOND
☐ BOND $_____

Defendant to be delivered for presentment in U.S.D.C. for the District of Columbia

Next Court Date: _Oct. 17, 05_

☐ Released on Personal Recognizance to report to the E. Barrett Prettyman U.S. Courthouse, 333 Constitution Avenue, N.W. on:_____.

DEFENSE COUNSEL APPOINTED FOR PRESENTMENT IN SUPERIOR COURT ONLY:

Name:_____

Address:_____

Telephone No._____

DEFENDANT'S NAME:_____

Address:_____

                                        Telephone No._____

DEFENDANT'S SIGNATURE:_____

DATE: _10/15/05_                         X _____
                                         JUDICIAL OFFICER PRESIDING

white-court              yellow-usao              Pink-defense

CD-3026/Mar. 03